BEFORE THE FIRST DIVISION, NOVEMBER 25, 1958

**No. 62468.**—Mayork Corporation and H. W. Ebert Co. *v.* United States, protests 326792–K and 326918–K (New York).

Opinion by OLIVER, C. J.   The protests were dismissed for lack of prosecution.

BEFORE THE SECOND DIVISION, NOVEMBER 25, 1958

**No. 62469.**—Heinrich Herrmann & Weiss *v.* United States, protest 304958–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiff was sustained.

**No. 62470.**—Keuffel & Esser Co. *v.* United States, protests 235996–K and 256833–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 62471.**—J. C. Decker, Inc. *v.* United States, protests 294999–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of harness hardware for use with harness for dogs the same in all material respects as that involved in *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C. D. 1868), the claim of the plaintiff was sustained.